

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

### No. 08-25-00026-CR

---

Curtis Lee Meeks, Jr., Appellant

v.

The State of Texas, Appellee

---

On Appeal from the 26th District Court
Williamson County, Texas
Trial Court No. 20-1902-K26

---

### **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order that this decision be certified below for observance.

IT IS SO ORDERED this 7th day of January 2026.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.